ADDISON G. BRAGG AND JOHN H. SIMPSON, Appellants, *v.*
MARY LATOURETTE, Respondent.

*Practice—Supreme Court.*—Judgment affirmed for failure to file transcript and prosecute appeal.

### Appeal from St. Louis Land Court.

*E. Sherman,* for appellants.

*Adams, Shackelford,* and *T. T. Gantt,* for respondent.

HOLMES, Judge, delivered the opinion of the court.

No transcript having been filed in time by the appellants, the respondent now files a transcript of the record and moves for a judgment of affirmance. The motion is sustained.

Judgment affirmed; the other judges concurring.

---

MICAJAH C. WRIGHT AND JAMES H. LOWRY, Respondents, *v.*
DANIEL L. WHITTENHAL AND LAUNCELOT A. HARTMANN,
Appellants.

*Practice—Supreme Court.*—Judgment affirmed for failure to file transcript of record and prosecute appeal.

### Appeal from St. Louis Circuit Court.

*Krum, Decker & Krum, Bereman* and *Corkhill,* for appellant.

*J. K. Knight,* for respondents.

HOLMES, Judge, delivered the opinion of the court.

In this case the appellants failed to file a transcript in this court within the time prescribed by law. The respondents now ask leave to file a transcript, and move for an affirmance of the judgment. No sufficient reason appearing for the failure of the appellants to file a transcript in time, the judgment will be affirmed. The other judges concur.